

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 255TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 23rd day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| IN THE INTEREST OF C.A., A CHILD | On Appeal from the 255th Judicial District Court, Dallas County, Texas |
| No. 05-18-00042-CV | Trial Court Cause No. DF-09-02436. Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Craig Allen, Sr. recover his costs of this appeal from appellant Sheri Franklin.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.


_____
LISA MATZ, Clerk